IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA PEREZ, | No. Civ. S-05-2048 DFL GGH |
| Plaintiff, | O R D E R |
| v. | |
| APPLIED AEROSPACE STRUCTURES CORP.; and DOES 1 through 20, | |
| Defendants.                    / | |

Because this case has been pending in this court since 2005 and that discovery has closed, the court DENIES plaintiff's motion to dismiss without prejudice. Granting plaintiff's motion would unfairly prejudice defendant, which has been preparing for trial in this court for nearly a year on the schedule set forth in the pre-trial scheduling order.

IT IS SO ORDERED.

Dated:  10/10/2006

_____
DAVID F. LEVI
United States District Judge

1