IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LAURA PEREZ,                              CIV. S-05-2048 DFL GGH

    Plaintiff,

  v.                                    ORDER RE DISPOSITION AFTER
                                          NOTIFICATION OF SETTLEMENT
APPLIED AEROSPACE STRUCTURES
CORP., DOES 1 through 20,

    Defendants.
_____/

    The court has been advised by both plaintiff's counsel, John M. Riestenberg, Esq., and defendant's counsel, Dana L. Peterson, Esq., that this action has been settled.  Therefore, it is not necessary that the action remain upon the court's active calendar.

    Accordingly, IT IS ORDERED:

    1.  That counsel file settlement/dismissal documents, in accordance with the provisions of Local Rule 16-160, no later than April 18, 2007; and

//

1

     2.   That all hearing dates previously set in this matter are vacated.

     IT IS SO ORDERED.

Dated:  April 2, 2007

                          /s/ David F. Levi
                          DAVID F. LEVI
                          United States District Judge