JOHN M. RIESTENBERG / SB# 82668
LAW OFFICES OF JOHN M. RIESTENBERG
455 Capitol Mall, Suite 410
Sacramento, CA  95814
Telephone:  (916) 443-6300

Attorney for Plaintiff LAURA PEREZ

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA PEREZ,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>APPLIED AEROSPACE STRUCTURES CORPORATION; and DOES 1 through 20,<br><br>　　　　Defendants. | NO.  Civ.S-05-02048 DFL GGH<br><br>**STIPULATION AND ORDER OF DISMISSAL** |

　　　IT IS HEREBY STIPULATED by and between LAURA PEREZ, by and through her counsel of record and APPLIED AEROSPACE STRUCTURES CORPORATION, by and through its counsel of record, that the above-captioned matter be dismissed with prejudice.

Dated:  March 28, 2007　　　　　　　　LAW OFFICES OF JOHN RIESTENBERG

　　　　　　　　　　　　　　　　　　　　/s/

　　　　　　　　　　　　　　　　　　　　JOHN M. RIESTENBERG
　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff LAURA PEREZ

Dated: 4/6/2007                                    SEYFARTH SHAW

                                    /s/
                                    NICK GEANNACOPULOS
                                    DANA PETERSON
                                    Attorneys for Defendant APPLIED AEROSPACE

**ORDER**

IT IS HEREBY ORDERED that this action is dismissed with prejudice.

Dated: 4/9/2007
                                    /s/ David F. Levi
                                    THE HONORABLE DAVID F. LEVI
                                    UNITED STATES DISTRICT COURT JUDGE